RECEIVED

JUL 1 3 2011

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **TERRANCE T. BROWN** <br> LA. DOC #432458 <br> VS. | CIVIL ACTION NO. 3:11-cv-0526 <br><br> SECTION P <br><br> JUDGE DONALD E. WALTER |
| **WEST MONROE POLICE DEPARTMENT, ET AL.** | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 13 day of July, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE